

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00522-CR

Patrick Evans

v.

The State of Texas

§   From Criminal District Court No. 2

§   of Tarrant County (0989458D)

§   December 19, 2013

§   Per Curiam

§   (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM